

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**BAP Appeal Case Number(s):**
**NC-25-1238**

Bankruptcy Appellate Panel
of the Ninth Circuit
125 S. Grand Avenue
Pasadena, CA 91105

**January 6, 2026**

**Re: Transmittal of Record on Appeal to Bankruptcy Appellate Panel:**

**Case Name:** LeFever Mattson, a California corporation; **Case Number:** 24-10545; **Bankruptcy Judge:** Charles Novack

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter(s):

- ✔ Docket Report
- ✔ Certificate of Record
- ✔ Appellant's Designation of Items and Statement of Issues
- ✔ Appellee's Designation of Additional Items (if applicable)
- ☐ Cross-Appellant's Designation of Additional Items and Statement of Issues (if applicable)
- ☐ Cross-Appellee's Designation of Additional Items (if applicable)
- ☐ Certificate of No Transcript Requests (if applicable)
- ☐ Statement of Evidence When a Transcript is Unavailable (if applicable)
- ☐ Agreed Statement as the Record on Appeal (if applicable)
- ✔ Notice of Order of Transcripts

If you have any questions, please contact me at (888)821-7606.

Edward Emmons, Clerk
United States Bankruptcy Court

By:  /s/Katie Rose
_____
Katie Rose          Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case: **LeFever Mattson, a California corporation**

Bankruptcy Case No.:**24-10545**

BAP Appeal Case Number(s): **NC-25-1238**

## CERTIFICATE OF RECORD

The undersigned Clerk of the U.S. Bankruptcy Court hereby certifies the record on appeal is complete and ready for transmission. The Designation of Content for Record on Appeal and Statement of Issues have been filed. The status of the transcripts are as follows:

☒ Designated transcript(s) have been filed with this Court. Docket #: **2766 and 2854**

☐ No transcripts were requested by Appellant or Appellee.

☐ Other:

Edward Emmons, Clerk
United States Bankruptcy Court

Date: 01/06/2026

By: /s/Katie Rose

**Katie Rose**    Deputy Clerk

**JNTADMN, CLMAGT, APPEAL**

# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (Santa Rosa)
### Bankruptcy Petition #: 24–10545

*Assigned to:* Judge Charles Novack
Chapter 11
Voluntary
Asset

*Date filed:* 09/12/2024
*341 meeting:* 12/02/2024
*Deadline for filing claims:* 02/14/2025
*Deadline for objecting to discharge:* 12/20/2024

*Debtor*
**LeFever Mattson, a California corporation**
6359 Auburn Blvd.
Suite B
Citrus Heights, CA 95621
SACRAMENTO–CA
Tax ID / EIN: 68–0197537

represented by **Gabrielle L. Albert**
Keller Benvenutti Kim LLP
101 Montgomery Street
Suite 1950
San Francsico, CA 94104
415–364–6778
Email: galbert@kbkllp.com

**M. Tyler Davis**
Keller Benvenutti Kim LLP
101 Montgomery Street
Ste 1950
San Francisco, CA 94104
415–496–6723
Email: tdavis@kbkllp.com

**Alice Giang**
Keller Benvenutti Kim LLP
101 Montgomery Street
Suite 1950
San Francisco, CA 94104
510–637–9903
Email: agiang@kbkllp.com

**Tobias S. Keller**
Keller Benvenutti Kim LLP
101 Montgomery Street
Suite 1950
San Francisco, CA 94104
415–796–0709
Email: tkeller@kbkllp.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
101 Montgomery Street
Suite 1950
San Francisco, CA 94104
415–735–5713
Email: dsilveira@kbkllp.com

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
101 Montgomery Street
Suite 1950
San Francisco, CA 94104

|  | 415−496−6723 |
|---|---|
|  | Fax : 650−636−9251 |
|  | Email: trupp@kbkllp.com |

*Responsible Ind*
**Bradley D. Sharp**
President & CEO
DSI Consulting
333 South Grand Avenue, Ste 4100
Los Angeles, CA 90071
213−617−2717

*Responsible Ind*
**Robbin S. Itkin**

*Trustee*
**Not Assigned − SR**

*U.S. Trustee*                                    represented by **Jared A. Day**
**Office of the U.S. Trustee / SR**                Office of the U.S. Trustee
Office of the United States Trustee                300 Booth St. #3009
Phillip J. Burton Federal Building                 Reno, NV 89509
450 Golden Gate Ave. 5th Fl., #05−0153             (775) 784−5335
San Francisco, CA 94102                            Email: jared.a.day@usdoj.gov

**Deanna K. Hazelton**
DOJ−Ust
2500 Tulare Street
Ste 1401
Fresno, CA 93721
559−487−5588
Email: deanna.k.hazelton@usdoj.gov

**Phillip John Shine**
DOJ−Ust
280 South First St.
Suite 268
San Jose, CA 95113
(408) 535−5525
Fax : (408) 535−5532
Email: phillip.shine@usdoj.gov

*Creditor Committee*                              represented by **Gillian Nicole Brown**
**Official Committee of Unsecured Credtiors,**     Pachulski Stang Ziehl & Jones LLP
*Official Committee of Unsecured Creditors*        10100 Santa Monica Blvd.
                                                   Ste 13th Floor
                                                   Los Angeles, CA 90067
                                                   310−277−6910
                                                   Fax : 310−201−0760
                                                   Email: gbrown@pszjlaw.com

**John D. Fiero**
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104−4436
415−217−5101
Fax : 415−263−7010
Email: jfiero@pszjlaw.com

**Steven W Golden**

Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
Ste 17th Floor
Wilmington, DE 19801
302−652−4100
Fax : 302−652−4400
Email: sgolden@pszjlaw.com

**Debra I. Grassgreen**
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104−4436
415−263−7000
Fax : 415−263−7010
Email: dgrassgreen@pszjlaw.com

**Cia Mackle**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.,13th Floor
Los Angeles, CA 90067
310−270−5123
Email: cmackle@pszjlaw.com

**Jason Rosell**
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104−4436
415−263−7000
Email: jrosell@pszjlaw.com

**Brooke Elizabeth Wilson**
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, 34th Floor
Suite 3430
San Francisco, CA 94104
415−263−7000
Email: bwilson@pszjlaw.com

**Hayley R Winograd**
Pachulski Stang Ziehl & Jones LLP
1700 Broadway
Ste 36th Floor
New York, NY 10019
212−561−7732
Email: hayleywinograd@gmail.com

| | |
|---|---|
| *Creditor Committee*<br>**Pachulski Stang Ziehl & Jones LLP**<br>One Sansome Street<br>34th Floor, Suite 3430<br>San Francisco, CA 94104−4436 | represented by **Jason Rosell**<br>(See above for address) |

| Filing Date | # | Docket Text |
|---|---|---|
| 11/30/2025 | 2938 | Appellant Designation of Contents For Inclusion in Record On Appeal (RE: related document(s)2937 Notice of Appeal filed by Interested Party Live Oak Investments LP). Appellee designation due by 12/16/2025. Filed by Interested Party Live Oak Investments LP (Kelly, Thomas) (Entered: 11/30/2025) |

| | | | |
|---|---|---|---|
| 11/30/2025 | | 2939 | Statement of Issues on Appeal, (RE: related document(s)2937 Notice of Appeal filed by Interested Party Live Oak Investments LP). Filed by Interested Party Live Oak Investments LP (Kelly, Thomas) (Entered: 11/30/2025) |
| 11/30/2025 | | 2940 | Notice Regarding *Ordering of Transcripts on Appeal* (RE: related document(s)2937 Notice of Appeal to BAP , Fee Amount $ 298. (RE: related document(s)2891 Order on Motion for Miscellaneous Relief). Transmission of Record on Appeal to BAP due by 01/2/2026. Service of Notice of Referral due by 12/8/2025. Filed by Interested Party Live Oak Investments LP). Filed by Interested Party Live Oak Investments LP (Kelly, Thomas) (Entered: 11/30/2025) |
| 12/11/2025 | | 3110 | Appellee Designation of Contents for Inclusion in Record of Appeal */ Designation of Additional Items for Record on Appeal* (RE: related document(s)2937 Notice of Appeal filed by Interested Party Live Oak Investments LP). Filed by Creditor Committee Official Committee of Unscured Credtiors (Fiero, John) (Entered: 12/11/2025) |

```
 1  Thomas P. Kelly III, Attorney at Law
    Law Offices of Thomas P. Kelly III P.C.
 2  CA 230699, OR 080927, DC 1000147
    50 Old Courthouse Square, Suite 609
 3  Santa Rosa, California, 95404-4926
    Telephone : 707-545-8700
 4  Facsimile : 707-542-3371
    Email : tomkelly@sonic.net
 5
    Attorney for Live Oak Investments LP
 6  and its general partner William Andrew
 7
 8                  UNITED STATES BANKRUPTCY COURT
 9          NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION
10
```

| In re: | Case No. 24-10545 (CN) (Lead Case) |
|---|---|
| LEFEVER MATTSON, a California corporation, *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| | DESIGNATION OF RECORD ON APPEAL |
| | Judge: Hon. Charles Novack |
| | Court: 1300 Clay Street Courtroom 215 Oakland, California 94612 |
| | Date filed: September 12, 2024 |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

DESIGNATION OF RECORD ON APPEAL

Case: 24-10545   Doc# 2932-2   Filed: 10/06/26   Entered: 10/06/26 11:29:15   Page 1 of 13

24-10545 LEFEVER MATTSON

5

# DESIGNATION OF RECORD ON APPEAL

Pursuant to FRBP §8009(a)(1)(A), William Andrew as the general partner of the Debtor-in-possession Live Oak Investments LP (hereinafter "Debtor") designates the list of documents below as part of the record on appeal.

Dated: November 30, 2025

_____
Thomas P. Kelly III
Attorney at Law

| No. | Description | Date | Docket # |
|---|---|---|---|
| 1. | Stipulation, Standing to Represent Interest / Stipulation Granting the Official Committee of Unsecured Creditors Standing to Represent Lefever Mattson Debtors Interests Regarding Live Oak Investments, LP Filed by Creditor Committee Official Committee of Unsecured Creditors. | 10/24/2025 | 2617 |
| 2. | Motion / Notice of Motion and Motion to Declare Void Actions in Violation of the Automatic Stay Related to Live Oak Investments, LP; Memorandum of Points and Authorities in Support Thereof Filed by Creditor Committee Official Committee of Unsecured Creditors | 10/24/2025 | 2690 |
| 3. | Declaration of John D. Fiero and all exhibits (Attachment No. 1) | 10/24/2025 | 2690 |
| 4. | Ex Parte Motion to Shorten Time for Hearing on Motion to Declare Void Action in Violation of the Automatic Stay Related to Live Oak Investments, LP | 10/24/2025 | 2692 |
| 5. | Declaration of John D. Fiero in support of the Official Committee of Unsecured Creditors Pursuant to B.L.R. 9006-1 for an Order Shortening Time for Hearing on Motion to Declare Void Actions in Violation of the Automatic Stay Related to Live Oak Investments, LP | 10/24/2025 | 2693 |
| 6. | Objection | 10/25/2025 | 2695 |
| 7. | Brief/Memorandum in Opposition | 10/25/2025 | 2696 |
| 8. | Order Denying Order Shortening Time For A Hearing On Motion To Declare Void Actions In Violation Of The Automatic Stay Related To Live Oak Investments, LP | 10/27/2025 | 2701 |
| 9. | Court Minute Order - hearing continued | 10/31/2025 | N/A |
| 10. | Brief/Memorandum in Opposition | 11/7/2025 | 2800 |
| 11. | Declaration of William Andrew with exhibits (Attachment No. 1) | 11/7/2025 | 2800 |

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

DESIGNATION OF RECORD ON APPEAL

Case: 24-10545  Doc# 2933-2  Filed: 10/30/2026  Entered: 10/30/2026 11:29:15  Page 2 of 13
24-10545 LEFEVER MATTSON

6

| | | | |
|---|---|---|---|
| 12. | Request for Judicial Notice with exhibits (Attachment No. 2) | 11/7/2025 | 2800 |
| 13. | Declaration of Thomas P. Kelly III with exhibits (Attachment No. 3) | 11/7/2025 | 2800 |
| 14. | Reply - Committees Reply In Support Of Motion To Declare Void Actions In Violation Of The Automatic Stay Related To Live Oak Investments, LP | 11/12/2025 | 2827 |
| 15. | Declaration of John D. Fiero in Support of Committees Reply In Support Of Motion To Declare Void Actions In Violation Of The Automatic Stay Related To Live Oak Investments, LP | 11/12/2025 | 2829 |
| 16. | Exhibit A - October 31, 2025 Email (Attachment No. 1) | 11/12/2025 | 2829 |
| 17. | Exhibit B - November 6, 2025 Email (Attachment No. 2) | 11/12/2025 | 2829 |
| 18. | Exhibit C - November 8, 2025 Email (Attachment No. 3) | 11/12/2025 | 2829 |
| 19. | Exhibit D - Statement of Undisputed Facts (Attachment No. 4) | 11/12/2025 | 2829 |
| 20. | Court Minute Order - matter taken under submission | 11/12/2025 | N/A |
| 21. | Audio File of hearing held on 11/13/2025 at 2:00PM | 11/13/2025 | 2841 |
| 22. | Order Granting Motion to Declare Void Actions in Violation of the Automatic Stay Related to Live Oak Investments, LP | 11/20/2025 | 2891 |
| 23. | Notice of Appeal and attached exhibit | 11/30/2025 | 2937 |
| 24. | Designation of Record on Appeal | 11/30/2025 | 2938 |
| 25. | Statement of Issues on Appeal | 11/30/2025 | 2939 |
| 26. | Notice of Ordering of Transcripts | 11/30/2025 | 2940 |
| 41. | Complete Docket for the present case bearing number 24-10545 | N/A | N/A |

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

Case: 24-10545   Doc# 2933-2   Filed: 12/30/2025   Entered: 12/30/2025 11:29:44   Page 2 of 13
DESIGNATION OF RECORD ON APPEAL   Page 2 of 2   24-10545 LEFEVER MATTSON   7

Thomas P. Kelly III, Attorney at Law
Law Offices of Thomas P. Kelly III P.C.
CA 230699, OR 080927, DC 1000147
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Attorney for Live Oak Investments LP
and its general partner William Andrew

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| In re: | Case No. 24-10545 (CN) (Lead Case) |
|---|---|
| LEFEVER MATTSON, a California corporation, *et al.*,[1] | Chapter 11 |
| | (Jointly Administered) |
| Debtors. | STATEMENT OF ISSUES ON APPEAL |
| | |
| | Judge: Hon. Charles Novack |
| | Court: 1300 Clay Street |
| | Courtroom 215 |
| | Oakland, California 94612 |
| | |
| | Date filed: September 12, 2024 |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

STATEMENT OF ISSUES ON APPEAL

Case: 24-10545  Doc# 2332-2  Filed: 10/30/25  Entered: 10/30/25 14:15:44  Page 1 of 13

24-10545 LEFEVER MATTSON

8

## STATEMENT OF ISSUES ON APPEAL

Pursuant to FRBP §8009(a)(1)(A), William Andrew as the general partner of the Debtor-in-possession Live Oak Investments LP (hereinafter "Debtor") presents the issues on appeal as follows:

1. Did the Bankruptcy Court err when it held that the actions taken at the partnership meeting for Debtor on October 7, 2025 violate the automatic stay under 11 U.S.C. §362?

2. Did the Bankruptcy Court apply the wrong legal standard when it held that the actions taken at the partnership meeting for Debtor on October 7, 2025 violate the automatic stay under 11 U.S.C. §362?

3. Did the Bankruptcy Court err when it held that the partnership agreement for Debtor was fully assumable and assignable as an executory contract?

4. Did the Bankruptcy Court apply the wrong legal standard when it held that the partnership agreement for Debtor was fully assumable and assignable as an executory contract?

5. Did the Bankruptcy Court err when it held that the automatic stay always prevents the removal of a general partner from a partnership even for cause such as fraud and breach of fiduciary duty?

6. Did the Bankruptcy Court apply the wrong legal standard when it held that the automatic stay always prevents the removal of a general partner from a partnership even for cause such as fraud and breach of fiduciary duty?

7. Did the Bankruptcy Court err when it held that the upon the filing of a bankruptcy petition a partner was not automatically disassociated under Cal. Corp. Code § 16601?

8. Did the Bankruptcy Court apply the wrong legal standard when it held that the upon the filing of a bankruptcy petition a partner was not disassociated under Cal. Corp. Code § 16601?

Dated: November 30, 2025

*Thomas P. Kelly III*
Thomas P. Kelly III
Attorney at Law

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

STATEMENT OF ISSUES ON APPEAL Page 1 of 1

Case: 24-10545 Doc# 2332-2 Filed: 10/30/2025 Entered: 10/30/2025 14:01:44 Page 2 of 13
24-10545 LEFEVER MATTSON

9

```
 1  Thomas P. Kelly III, Attorney at Law
    Law Offices of Thomas P. Kelly III P.C.
 2  CA 230699, OR 080927, DC 1000147
    50 Old Courthouse Square, Suite 609
 3  Santa Rosa, California, 95404-4926
    Telephone : 707-545-8700
 4  Facsimile : 707-542-3371
    Email : tomkelly@sonic.net
 5
    Attorney for Live Oak Investments LP
 6  and its general partner William Andrew
 7
 8              UNITED STATES BANKRUPTCY COURT
 9      NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION
10
```

| In re: | Case No. 24-10545 (CN) (Lead Case) |
|---|---|
| LEFEVER MATTSON, a California corporation, *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |
| | NOTICE OF ORDERING OF TRANSCRIPTS |
| | Judge: Hon. Charles Novack |
| | Court: 1300 Clay Street Courtroom 215 Oakland, California 94612 |
| | Date filed: September 12, 2024 |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM. The address for service on the Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

NOTICE OF ORDERING OF TRANSCRIPTS

Case: 24-10545   Doc# 2942-2   Filed: 10/30/26   Entered: 10/30/26 12:25:14   Page 1 of 13 (overlapping with) Case: 24-10545 Doc# 2942 Filed 10/30/26 Entered 10/30/26 12:25:14 Page 1 of 10

24-10545 LEFEVER MATTSON

10

# NOTICE OF ORDERING OF TRANSCRIPTS

Pursuant to FRBP §8009(a)(4), William Andrew as the general partner of the Debtor-in-possession Live Oak Investments LP (hereinafter "Debtor") gives notice of the ordering of transcripts in this matter for the following hearings in this case.

1. Transcript of Bankruptcy Court hearing for October 31, 2025 at 2:00PM.
2. Transcript of Bankruptcy Court hearing for November 13, 2025 at 2:00PM.

Dated: November 30, 2025

*/s/ Thomas P. Kelly III*
Thomas P. Kelly III
Attorney at Law

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell, (CA Bar No. 269126)
Steven W. Golden *(Pro Hac Vice)*
Brooke E. Wilson (CA Bar No. 354614)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3450
Telephone: 310-277-6910
Facsimile: 310-201-0760
Email: dgrassgreen@pszjlaw.com
      jfiero@pszjlaw.com
      jrosell@pszjlaw.com
      sgolden@pszjlaw.com
      bwilson@pszjlaw.com

*Attorneys for Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re<br>LEFEVER MATTSON, a California corporation, *et al.*,<br>           Debtors.[1]<br>In re<br>KS MATTSON PARTNERS, LP,<br>           Debtor. | Case No. 24-10545 CN (Lead Case)<br>(Jointly Administered)<br>Chapter 11<br>**DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL** |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax identification number for KS Mattson Partners, LP ("KSMP") are 5060. KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 9562. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

## DESIGNATION OF ADDITIONAL ITEMS

Pursuant to Federal Rule of Bankruptcy Procedure §8009(a)(2)(A), the Official Committee of Unsecured Creditors of LeFever Mattson, a California corporation, and its affiliated debtors and debtors in possession and KS Mattson Partners, LP designates the following additional items for inclusion in the record on appeal.

Dated: December 11, 2025            PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ John D. Fiero*
John D. Fiero

*Attorneys for the Official Committee of Unsecured Creditors*

| No. | Description | Date | Docket# |
|---|---|---|---|
| 1. | Order Setting Hearing On Stipulation Granting The Official Committee Of Unsecured Creditors Standing To Represent Lefever Mattson Debtors' Interests Regarding Live Oak Investments, LP | 10/27/2025 | 2700 |
| 2. | Order Denying Order Shortening Time For A Hearing On Motion To Declare Void Actions In Violation Of The Automatic Stay Related To Live Oak Investments | 10/27/2025 | 2701 |
| 3. | Minutes of hearing on October 31, 2025 | 10/31/2025 | |
| 4. | Audio file of hearing on October 31, 2025 | 10/31/2025 | 2753 |
| 5. | Order after Hearing on Stipulation Granting the Official Committee of Unsecured Creditors Standing to Represent LeFever Mattson Debtors' Interests Regarding Live Oak Investments, LP and Setting Hearing on Motion To Declare Void Actions in Violation of the Automatic Stay | 11/05/2025 | 2774 |