# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California Corporation, et al.,<br><br>                  Debtor.<br>WILLIAM ANDREW, as the general partner of Live Oak Investments LP,<br><br>                  Appellant,<br><br>v.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS; LEFEVER MATTSON INC.,<br><br>                  Appellees. | B.A.P. No. NC-25-1238<br><br>On Appeal from:<br>United States Bankruptcy Court for the Northern District of California<br><br>Bankr. No. 24-10545<br>Chapter 11 |

## NOTICE OF APPEARANCE

John D. Fiero (CA State Bar No. 136557)
Jason Rosell (CA State Bar No. 269126)
Steven W. Golden (NY Bar No. 5374152)
Hayley Winograd (NY Bar No. 5612569)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, CA 94104
Telephone: 415-263-7000
Facsimile:  415-263-7010
E-mail:   jfierog@pszjlaw.com
            jrosell@pszjlaw.com
            sgolden@pszjlaw.com
            hwinograd@pszjlaw.com

*Counsel for Appellee Official Committee of Unsecured Creditors*

# NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP ("PSZJ"), hereby appears as counsel for Appellee Official Committee of Unsecured Creditors. PSZJ hereby requests that all notices required to be given and all papers served or required to be served in this case be given to and served on the undersigned on the following addresses and through CM/ECF:

> John D. Fiero (CA State Bar No. 136557)
> Jason Rosell (CA State Bar No. 269126)
> Steven W. Golden (NY Bar No. 5374152)
> Hayley Winograd (NY Bar No. 5612569)
> PACHULSKI STANG ZIEHL & JONES LLP
> One Sansome Street, Suite 3430
> San Francisco, CA 94104
> Telephone: 415-263-7000
> Facsimile:  415-263-7010
> E-mail:  jfierog@pszjlaw.com
>     jrosell@pszjlaw.com
>     sgolden@pszjlaw.com
>     hwinograd@pszjlaw.com

Respectfully Submitted,

Dated: January 6, 2026  PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ John D. Fiero*
John D. Fiero

*Counsel for Appellee Official Committee of Unsecured Creditors*