UNITED STATES BANKRUPTCY APPELLATE PANEL

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILLIAM ANDREW, as the general partner of Live Oak Investments LP<br><br>Appellant<br><br>vs.<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS; LEFEVER MATTSON INC.<br><br>Appellees. | Appellate Case No. : NC-25-1238<br><br>Bankruptcy Case No. : 24-10545-CDN<br><br>Chapter 11 |

Appeal from the United States Bankruptcy Court
Northern District of California, Santa Rosa Division
Honorable Charles D. Novak Presiding

_____

## CERTIFICATE OF SERVICE
_____

Thomas P. Kelly III, Attorney at Law
Law Offices of Thomas P. Kelly III P.C.
CA 230699, OR 080927, DC 1000147
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Attorney for Appellant William Andrew

## **CERTIFICATE OF SERVICE**

    I am a citizen of the United States, and over the age of eighteen (18) years, employed at 50 Old Courthouse Square, Suite 609, Santa Rosa, California, and not a party to the within action. On the date of the execution of this Certificate of Service, I caused to be served a copy of the following documents on the interested parties in the above-captioned action by email to the addresses listed below. I also caused a copy of these documents to be served by electronically filing a copy of the following documents with the Clerk of the Court for the Bankruptcy Appellate Panel for the Ninth Circuit using the ECF system. I certify that those participants in the case that are registered ECF users will receive service by the ECF system.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct. Executed at Santa Rosa, California on the date referenced below.

Dated: January 26, 2026

_Thomas P. Kelly III_
Attorney for Appellants

DOCUMENTS SERVED
1. APPELLANTS OPENING BRIEF
2. APPELLANTS EXCERPTS OF THE RECORD
3. CERTIFICATE OF SERVICE

ADDRESSES OF PARTIES SERVED

| | |
|---|---|
| Live Oak Investments LP<br>LeFever Mattson Inc.<br>c/o Thomas B. Rupp Esq.<br>c/o Tobias S. Keller, Esq.<br>Keller Benvenutti Kim LLP<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br><br>Via ECF<br>Via email to trupp@kbkllp.com<br>Via email to tkeller@kbkllp.com | Official Committee of Unsecured Creditors<br>c/o Debra I. Grassgreen, John D. Fiero, Jason H. Rosell, and Brooke E. Wilson<br>Pachulski Stang Ziehl & Jones LLP<br>One Sansome Street, 34th Floor, Suite 3430<br>San Francisco, California 94104-4436<br><br>Via ECF<br>Via email to dgrassgreen@pszjlaw.com<br>Via email to jfiero@pszjlaw.com<br>Via email to jrosell@pszjlaw.com<br>Via email to bwilson@pszjlaw.com |