FILED

FEB 18 2026

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

---

In re: LEFEVER MATTSON, a California Corporation, et al.

Debtor

------------------------------

WILLIAM ANDREW, as the general partner of Live Oak Investments LP

Appellant

v.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS; LEFEVER MATTSON INC.

Appellees

BAP No. NC-25-1238

Bankr. No. 24-10545
Chapter 11

February 18, 2026

---

### CONDITIONAL ORDER OF WAIVER
(Brief and Oral Argument)

Court records indicate that the Appellee LeFever Mattson Inc.'s brief has not been filed with the Bankruptcy Appellate Panel. A party who fails to file a brief within the time provided, or within the time as extended pursuant to a motion, can not file a brief or appear at oral argument unless permitted to do so by a judge of the Panel.

The Panel will allow the Appellee to file its brief if it does so by **MARCH 4, 2026.** If the Appellee fails to timely file and serve this brief, the Appellee will have waived its right to file a brief and to appear at oral argument.

Susan M Spraul, BAP Clerk

By: Cecil Lizandro Silva, Deputy Clerk
Filed and entered: February 18, 2026

cc: All Parties