BAP CASE NO. NC-25-1238
BANKRUPTCY COURT CASE NO. 24-10545-CN
CHAPTER 11

---

## UNITED STATES BANKRUPTCY APPELLATE PANEL

## FOR THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

WILLIAM ANDREW,
Appellant,

vs.

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS; LEFEVER MATTSON
Appellees.

---

## STATEMENT OF APPELLEE LEFEVER MATTSON

---

On Appeal From the United States Bankruptcy Court
Northern District of California, Santa Rosa Division
Honorable Charles Novack Presiding

Tobias S. Keller (CA Bar No. 151445)
David A. Taylor (CA Bar No. 247433)
Dara L. Silveira (CA Bar No. 274923)
Thomas B. Rupp (CA Bar No. 278041)
KELLER BENVENUTTI KIM LLP
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 496-6723
Facsimile:  (650) 636-9251
E-mail: tkeller@kbkllp.com
    dtaylor@kbkllp.com
    dsilveira@kbkllp.com
    trupp@kbkllp.com
*Counsel for Appellee LeFever Mattson, a California corporation*

Appellee LeFever Mattson, a California corporation ("LeFever Mattson"), submits this statement in response to the Court's *Conditional Order of Waiver*, dated February 18, 2026.[1]

On November 4, 2025, the Bankruptcy Court entered its *Order After Hearing on Stipulation Granting the Official Committee of Unsecured Creditors Standing to Represent LeFever Mattson Debtors' Interests Regarding Live Oak Investment, LP and Setting Hearing on Motion to Declare Void Actions in Violation of the Automatic Stay* [Docket No. 2774] (the "Standing Order"). The Standing Order authorized the official committee of unsecured creditors (the "Committee") to contest the matters that resulted in the order that is the subject of this appeal.

LeFever Mattson joins in the Committee's arguments presented in this appeal and supports the affirmance of the Bankruptcy Court's decisions below.

*[Signature Page to Follow]*

---

[1] There is no "Inc." in the legal name of LeFever Mattson.

1

Date: March 4, 2026                     **KELLER BENVENUTTI KIM LLP**

*/s/ Thomas B. Rupp*

Tobias S. Keller (CA Bar No. 151445)
David A. Taylor (CA Bar No. 247433)
Dara L. Silveira (CA Bar No. 274923)
Thomas B. Rupp (CA Bar No. 278041)
KELLER BENVENUTTI KIM LLP
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251
E-mail: tkeller@kbkllp.com
       dtaylor@kbkllp.com
       dsilveira@kbkllp.com
       trupp@kbkllp.com
*Counsel for Appellee LeFever Mattson, a California corporation*

2

## **CERTIFICATE OF COMPLIANCE**

1.      I certify that this Brief complies with the length limitation of Fed. R. Bankr. P. 8015(a)(7) because this Brief contains 138 words, excluding the parts of the Brief exempt from such rule.

2.      I certify that this Brief complies with the typeface and type style requirements of Fed. R. Bankr. P. 8015 because it has been prepared in a proportionately spaced typeface using Microsoft Word, in 14-point Times New Roman.

Date:  March 4, 2026

/s/ Thomas B. Rupp
Thomas B. Rupp (CA Bar No. 278041)

KELLER BENVENUTTI KIM LLP
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 496-6723
Facsimile:  (650) 636-9251
E-mail:   trupp@kbkllp.com

3

## Certification Required by B.A.P. Rule 8015(a)-1(a)

The undersigned certifies that the following parties have an interest in the outcome of this appeal. These representations are made to enable judges of the Panel to evaluate disqualification or recusal:

| | |
|---|---|
| Appellant William Andrew<br>c/o Thomas P. Kelly III, Esq.<br>50 Old Courthouse Square, Suite 609<br>Santa Rosa, California 95404<br>Telephone: 707-545-8700<br>Facsimile: 707-542-3371<br>Email: tomkelly@sonic.net | Appellee Official Committee of Unsecured Creditors<br>John D. Fiero<br>Jason H. Rosell<br>Pachulski Stang Ziehl & Jones LLP<br>One Sansome Street, 34th Floor, Suite 3450<br>San Francisco, California 94104-4436<br>Telephone: 310-277-6910<br>Facsimile: 310-201-0760<br>Email: jfiero@pszjlaw.com,<br>      jrosell@pszjlaw.com |
| LeFever Mattson, a California corporation<br>Live Oak Investments LP.<br>Tobias S. Keller<br>Thomas B. Rupp<br>Keller Benvenutti Kim LLP<br>101 Montgomery Street, Suite 1950<br>San Francisco, CA 94104<br>Telephone: (415) 496-6723<br>Facsimile: (650) 636-9251<br>E-mail: trupp@kbkllp.com | |

Date: March 4, 2026        */s/ Thomas B. Rupp*
                            Thomas B. Rupp (CA Bar No. 278041)

                            KELLER BENVENUTTI KIM LLP
                            101 Montgomery Street, Suite 1950
                            San Francisco, CA 94104
                            Telephone: (415) 496-6723
                            Facsimile: (650) 636-9251
                            E-mail: trupp@kbkllp.com

4