# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

## PLEASE COMPLETE THIS FORM IMMEDIATELY AND FILE IT WITH THE BAP. E-filers must electronically file this form.

DATE: April 10, 2026

I acknowledge receipt of calendar notice for: BAP NO: NC-25-1238-BCN

Debtor's Name: LeFever Mattson _____ assigned for hearing on

Date: May 14, 2026 _____ Time: 9:00 a.m. _____ at the following

Location: 95 7th St, San Francisco, CA 94103

Counsel or Party to Argue (list one):

Name: John Fiero _____ Phone: 415-217-5101

E-Mail: jfiero@pszjlaw.com

Address: One Sansome Street, Suite 3430, San Francisco, CA 94104

Party Represented: Official Committee of Unsecured Creditors

Check one: ( ) appellant or (X) appellee

### Admission Status (for attorneys only):

(X) I certify that I am admitted to practice before a District Court in the Ninth Circuit or the Court of Appeals for the Ninth Circuit.

( ) I am not so admitted, but certify that I am generally qualified to practice before the Bankruptcy Appellate Panel and that I will immediately move for permission to appear in this case.

Date: 04/10/26 _____ Signature: _____